**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 16-30128 |
| Plaintiff-Appellee, | D.C. No. 2:15-cr-00120-JCC-15 |
| v. | |
| PHUONG H. NGUYEN, AKA LJ, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the Western District of Washington
John C. Coughenour, District Judge, Presiding

Submitted December 8, 2017[**]
Seattle, Washington

Before: HAWKINS, McKEOWN, and CHRISTEN, Circuit Judges.

Phuong Nguyen appeals his guilty-plea conviction and 144-month sentence imposed for conspiracy to distribute controlled substances in violation of 21 U.S.C. §§ 841(a)(1), 841 (b)(1)(C) and felon in possession of a firearm in violation of 18

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

U.S.C. § 922(g)(1).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), counsel for Nguyen has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record.  No pro se or government brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83-84 (1988), discloses no grounds for relief on direct appeal.  Accordingly, we affirm the district court's judgment.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**